IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JUSTIN FERGUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:19-CV-00658 |
| LEISERV, LLC and BW BOWLING ) | |
| PROPERTIES LP, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, JUSTIN FERGUSON ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, LEISERV, LLC and BW BOWLING PROPERTIES LP.

Plaintiff and Defendants, LEISERV, LLC and BW BOWLING PROPERTIES LP, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal of Defendants with Prejudice once the agreement is finalized. Plaintiff and Defendants request forty-five (45) days within which to file its dismissal documents.

Respectfully submitted this 22nd day of November, 2019.

//s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 22nd day of November, 2019.

/s/Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL