IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUSTIN FERGUSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:19-cv-00658-P |
| LEISERV, LLC, et al., | § § § | |
| Defendants. | § | |

## ORDER

On November 22, 2019, Plaintiff filed a Notice of Settlement (ECF No. 11) and explained that the parties needed forty-five days to file dismissal papers. The Court sets the Notice of Dismissal for a thirty-minute hearing on **Wednesday, December 11, 2019, at 9:00 a.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

All counsel and parties are **ORDERED** to attend. Counsel should be prepared to answer questions and discuss about the notice, why the parties need this amount of time, and all matters currently pending before the Court.

**SO ORDERED** on this **26th day of November, 2019**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE